UNITED STATES of America, Plaintiff–Appellee

v.

Juan CHAVEZ–VARGAS, also known as Angel Chavez, Defendant–Appellant.

No. 11–30066
Summary Calendar.

United States Court of Appeals, Fifth Circuit.

Sept. 22, 2011.

Susan Connella Amundson, Esq., Assistant U.S. Attorney, Catherine M. Maraist, Assistant U.S. Attorney, U.S. Attorney's Office, Baton Rouge, LA, for Plaintiff–Appellee.

Mark David Plaisance, Esq., Baker, LA, for Defendant–Appellant.

Before WIENER, GARZA, and CLEMENT, Circuit Judges.

PER CURIAM: [*]

Defendant–Appellant Juan Chavez–Vargas appeals the sentence imposed following his guilty plea convictions for illegal reentry by a removed alien, false use of a social security number, and possession of a false document. He contends that the district court committed reversible plain error by assessing a 12–level enhancement of his offense level, pursuant to United States Sentencing Guideline § 2L1.2(b)(1)(B), based on a determination that his prior conviction under California Health and Safety Code § 11352(a) constituted a drug trafficking offense.

Because the transcript of the guilty plea hearing from the California conviction manifests a narrowing of the charging document and shows that the portion of the statute prohibiting the selling of heroin applies to Chavez–Vargas's conviction, the district court did not err by imposing the 12–level enhancement. *See United States v. Rodriguez*, 523 F.3d 519, 524 (5th Cir. 2008); *United States v. Gutierrez–Ramirez*, 405 F.3d at 352, 358–359 (5th Cir. 2005).

AFFIRMED.

---

[*] Pursuant to 5TH CIR R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.